JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DONALD R. DISON, | No. ED CV 14-01144-PA (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| R. T. C., GROUNDS, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

**IT IS ADJUDGED** that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: June 21, 2014

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE